UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :      TO BE FILED UNDER SEAL

    - v. -                                :      **PARTIAL UNSEALING ORDER**

GUTEMBERG DOS SANTOS,                    :      20 Cr. __398__ (___)

             Defendant.        :

- - - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by the Acting
United States Attorney for the Southern District of New York,
Audrey Strauss, by Assistant United States Attorneys Elizabeth
Espinosa, Kiersten Fletcher, and Cecilia E. Vogel, of counsel;

    It is found that the Indictment (the "Indictment") and the
arrest warrant issued for the above-captioned defendant and filed
under seal on August 6, 2020 are currently sealed, and the United
States Attorney's Office has applied to have the Indictment and
arrest warrant unsealed for the limited purpose of permitting the
Government to disclose the Indictment and arrest warrant to
government personnel, including those of a foreign government and
Interpol, as necessary to assist in the apprehension and
extradition of the defendant to the United States; it is therefore

    ORDERED that the Indictment and arrest warrant be PARTIALLY
UNSEALED.  The Government shall be permitted to disclose the
Indictment and arrest warrant to government personnel, including
personnel of a foreign government and Interpol, as necessary to

assist in the apprehension and extradition of the defendant to the United States.  For all other purposes, the Indictment and arrest warrant shall remain sealed.

IT IS FURTHER ORDERED that this Order and the Government's application for this Order shall be sealed unless and until the Court orders otherwise.

Dated:  New York, New York
       August 7, 2020

*Kevin Nathaniel Fox*

THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2020

## TO BE FILED UNDER SEAL

**BY HAND**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

20 CRIM 398

Re:   *United States v. Gutemberg Dos Santos*, No. 20 Cr. ___ (___)

Dear Judge Fox:

The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced Indictment, which was filed under seal on August 6, 2020, and the related arrest warrant for the defendant named therein. Specifically, we request that the Indictment and arrest warrant be unsealed for the limited purpose of permitting the Government to disclose the Indictment and arrest warrant to government personnel, including those of a foreign government and Interpol, as necessary to assist in the apprehension and extradition of the defendant to the United States. We request that the Indictment and arrest warrant otherwise remain sealed until further order of the Court, and that this letter and the limited unsealing order be filed under seal. A proposed order is enclosed for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/_____
Elizabeth Espinosa
Kiersten Fletcher
Cecilia E. Vogel
Assistant United States Attorneys
(212) 637-2216/2238/1084

Enclosure