UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :

- against -                                      :            O R D E R

GUTTENMBERG DOS SANTOS       :            19 Cr. 398 (GBD)
                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Peter Enrique Quijano, attorney for **DANIEL H. FORMAN, Esquire**, for an order authorizing admission *Pro Hac Vice*.

**IT IS HEREBY ORDERED,** that:

1. **DANIEL H. FORMAN, Esq.**, an attorney in good standing in the State of Florida;

2. is permitted to appear *Pro Hac Vice* as attorney of record for the defendant Guttemberg Dos Santos in U.S. v. Pablo Renato Rodriguez, et al., incl. Guttemberg Dos Santos, 19 Cr. 398, (GBD).

DATED:   New York, New York
              , 2020

NOV 3 0 2020

**HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE**