UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                :
UNITED STATES OF AMERICA,           :
                :
    -against-                  :
                :
GUTEMBERG DOS SANTOS, JACKIE     :     ORDER
AGUILAR, KARINA CHAIREZ, SCOTT    :
HUGHES, CECILIA MILLAN, AND PABLO :     20 Crim. 398-1 (GBD)
RENATO RODRIGUEZ,              :
                :
        Defendants.       :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

       The sentencing for Mr. Gutemberg Dos Santos is scheduled for September 20, 2023 at 2:00 p.m.

Dated: March 16, 2023
       New York, New York

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge