

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

September 14, 2023

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.

Dated: SEP 14 2023

Re:  *United States v. Gutemberg Dos Santos*, 20 Cr. 398 (GBD)

Dear Judge Daniels:

The Government respectfully submits this letter to request a brief adjournment of the sentencing of the above-referenced defendant, currently scheduled for September 27, 2023, to accommodate a scheduling conflict for the Government. The parties have conferred and consulted Your Honor's Chambers and we understand that October 3, 2023 at 11:00 a.m. might be a convenient time for the Court. Accordingly, the Government respectfully requests the sentencing be adjourned to that date and time. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: __/s/_____
Kiersten A. Fletcher/Cecilia E. Vogel/
Samuel Raymond
Assistant United States Attorneys
(212) 637-2238/1084/6519

cc: Counsel (by ECF)