UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

GUTEMBERG DOS SANTOS,

    Defendant.

------------------------------------- x

FINAL ORDER OF FORFEITURE

S3 20 Cr. 398 (GBD)

WHEREAS, on or about April 29, 2024, the Court entered a Second Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Second Preliminary Order of Forfeiture") (D.E. 288) with respect to GUTEMBERG DOS SANTOS (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in, *inter alia*, the following specific property:

    a. Any and all funds in account number ending ending in -4300 held at Bank of America in the name of Gutemberg Silva Santos, and any and all funds traceable thereto (the "BOA Account");

    b. Any and all funds in account number ending in -3368 held at Wells Fargo Bank in the name of Gutemberg Dos Santos, and any and all funds traceable thereto;

    c. Any and all funds in account number ending in -2098 held at Bank of America in the name of Guternberg Silva Santos, and any and all funds traceable thereto;

    d. Any and all funds in account number ending in -033-7 held at Banco G&T Continental in the name of Gutemberg Silva Dos Santos, and any and all funds traceable thereto;

    e. Any and all funds in account number ending in -190-4 held at Banco G&T Continental in the name of Gutemberg Silva Dos Santos, and any and all funds traceable thereto;

    f. Any and all items of value, seized on or about August 18, 2020, from Gutemberg Dos Santos, from the residence located at Ocean Reef Islands Marina, PH Garden, Piso 3, Apartamento 23, Panama City, Panama (the "Seized Property"), including but not limited to the following:

        1. One Grey Apple MacBook Air, Unique Identifier C02V30QTHH21;

        2. One Grey Windows Tablet, containing the unique identifier 1724 128GB 041740563353;

3. One Grey Apple tablet in black case, containing the unique identifier DLXVP0NAJ294;

4. One Black Apple iPhone with a Broken Screen;

5. One Rose Gold Apple Iphone, Unique Identifier F17ZV6KKN6XQ;

6. One Green Apple iPhone in blue case, containing the unique identifier F17ZV6KKN6XQ;

7. One Black Samsung phone in a clear case;

8. One Black MOTO smart phone, containing the unique identifier XT1789-06;

9. One Silver Kingston Storage Device DT 50 (16GB), containing the unique identifier C7052-303A01LP;

10. One Silver Kingston Storage Device DT 50 (16GB), containing the unique identifier C7538722-5V;

11. One Silver Kingston Storage Device DT 50 (16GB), containing the unique identifier C7052-303A01LF;

12. One Silver Kingston Storage Device DT 50 (16GB), containing the unique identifier OS 7636722 5V;

13. One Black Maxell Storage Device (64GB);

14. One Blue Delkin Devices Power Storage Device (64GB), containing the unique identifier TPDN003463291;

15. One Silver Blockchain Business Board B3 Storage Device;

16. One Black/Red SanDisk Cruzer Blade Storage Device (8GB), containing Serial No. BI141124450B;

17. One Black/Red SanDisk Cruzer Blade Storage Device (8GB), containing Serial No. BI160225183V;

18. One Black Apple Watch Series 3, 42 mm with an Aluminum Case;

19. One White/Silver Apple Watch;

20. One SAFEWISE Cryptocurrency Device, containing CNPJ No. 26.264 220;

21. One LUXOR 300 NIVEL-700 Pacific Hills;

22. One Black/Grey Louis Vuitton wallet;

23. One Bag containing SIM Cards and Business Cards.

24. One Blue ZOOM H1n Handy Recorder;

25. One Rose gold Apple iPhone;

26. One White Apple iPhone, containing the unique identifier C39XQ0SVKPFV; (1 through 26., collectively, the "Seized Property")

(a. through f., collectively, the "Specific Property"; b. through e., collectively, the "Subject Accounts").

WHEREAS, the Second Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Second Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 28, 2023 for thirty (30) consecutive days, through April 26, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 323);

WHEREAS, on or about September 10, 2024, notice of the Preliminary Order of Forfeiture was sent via Certified Mail, return receipt requested, to:

    a. Yemi Rodqiruez, Irvine, CA 92618;
    b. Yemi Rodqiruez as Trustee of the Roley Family Trust Irvine, CA 92618;
    c. Jorge Alejandro Rodriquez, Downey, CA 90240;
    d. Magartia Cabrera, Oviedo, FL 32765;

    e. Michael Hueston, Brooklyn, NY 11241;
    f. Peter Enrique Quijano, New York, NY 10011;
    g. Maria Sritagool, Plano, TX 75025;
    h. Orlando Velasco Ponce, Ovideo, FL 32765;
    i. Gilbert Bayonne, New York, NY 10031;
    j. Daniel H. Forman, Miami, FL 33131;
    k. Peter Katz, Princeton, NJ 08540;
    l. Sean M. Maher, Bronx, NY 10279; and
    m. Zachary S. Taylor, Princeton, NJ 08540

(a. through m., collectively, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, on or about July 31, 2024, the Government seized $2,576.26 formerly on deposit in the BOA Account (together with the Seized Property and Subject Accounts, the "Forfeitable Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3.  The United States Customs and Border Protection (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       MAR 0 4 2025, 2025

SO ORDERED:

*George B Daniels*

HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE